UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER

v.

STATE OF CONNECTICUT,
DEPARTMENT OF MENTAL
HEALTH AND ADDICTION
SERVICES, AND IN HER
INDIVIDUAL AND OFFICIAL
CAPACITY PAMELA MORRISON,
CHIEF OF HUMAN RESOURCE OPERATIONS

FILED

Oct 30   2 50 PM '03

Civil No. 3:01cv162 (EBB)

NEW HAVEN, CONN.

## JUDGMENT

This matter came on for consideration on defendant State of Connecticut, Department of Mental Health and Addiction Services Motion for Judgment as a Matter of Law or a New Trial before the Honorable Ellen Bree Burns, Senior United States District Judge. On December 9, 2002, the Honorable Peter C. Dorsey, Senior United States District Judge, issued a Ruling on Defendants' Motion for Summary Judgment, granting summary judgment as to Pamela Morrison. On March 17, 2003, the jury returned a verdict for the plaintiff against the defendant State of Connecticut, Department of Mental Health and Addiction Services in the amount of $20,000.00. On October 29, 2003, the Court issued a Ruling on Defendant's Motion for Judgment as a Matter of Law or a New Trial, granting Judgment as a Matter of Law as to the defendant State of Connecticut, Department of Mental Health and Addiction Services.

EOD : _____

2

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut this 30th day of October, 2003.

KEVIN F. ROWE, Clerk
By
*Melissa Ruocco*
Melissa Ruocco
Deputy Clerk