FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 18  2 32 PM '03

GRETA FAIRBROTHER

FILED
Nov 10  4 00 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

v.

CIVIL CASE NO. 3:01CV162(EBB)

STATE OF CONNECTICUT, DEPT.
OF MENTAL HEALTH AND
ADDICTION SERVICES

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _____Greta Fairbrother_____ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

Ruling on Defendant's Motion for Judgment as a Matter of Law dated October 29, 2003 and
Judgment dated October 31, 2003.

2. The Judgment /Order in this action was entered on _____October 31, 2003._____
(date)

_____signature_____

Otto P. Witt
Print Name
Attorney for Plaintiff
P.O. Box 886
Bloomfield, CT 06002
Fed. Bar No. CT 05609
Address
(860) 726-1868
Telephone Number

Date: November 5, 2003

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER

v.

STATE OF CONNECTICUT,
DEPARTMENT OF MENTAL
HEALTH AND ADDICTION
SERVICES, AND IN HER
INDIVIDUAL AND OFFICIAL
CAPACITY PAMELA MORRISON,
CHIEF OF HUMAN RESOURCE OPERATIONS

FILED

Oct 30  2 30 PM '03

Civil No. 3:01cv162 (EBB)

NEW HAVEN, CONN.

## JUDGMENT

This matter came on for consideration on defendant State of Connecticut, Department of Mental Health and Addiction Services Motion for Judgment as a Matter of Law or a New Trial before the Honorable Ellen Bree Burns, Senior United States District Judge. On December 9, 2002, the Honorable Peter C. Dorsey, Senior United States District Judge, issued a Ruling on Defendants' Motion for Summary Judgment, granting summary judgment as to Pamela Morrison. On March 17, 2003, the jury returned a verdict for the plaintiff against the defendant State of Connecticut, Department of Mental Health and Addiction Services in the amount of $20,000.00. On October 29, 2003, the Court issued a Ruling on Defendant's Motion for Judgment as a Matter of Law or a New Trial, granting Judgment as a Matter of Law as to the defendant State of Connecticut, Department of Mental Health and Addiction Services.

EOD: 10/31/03

2

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut this 30th day of October, 2003.

KEVIN F. ROWE, Clerk
By
*Melissa Ruocco*
Melissa Ruocco
Deputy Clerk

## SERVICE

I certify that a copy of the foregoing Notice of Appeal was mailed by First Class Mail to:

>Joseph Jordano, Assistant Attorney General
>55 Elm Street, P.O. Box 120
>Hartford, CT

this 5th day of November 2003

_____
Otto P. Witt