UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER
          Plaintiff/Appellant  :

VS.                                 : Case No. 3:01-cv-126 (EBB)

STATE OF CONNECTICUT DEPT.  :
OF MENTAL HEALTH AND
ADDICTION SERVICES           : FEBRUARY 2, 2004

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel, moves for permission to withdraw as counsel for plaintiff/appellant Greta Fairbrother for the pending appeal. Ms. Fairbrother has obtained new counsel to handle the appeal and said counsel has filed an appearance.

                              Respectfully submitted by,

                              Otto P. Witt, Attorney at Law
                              5721 Stone Drive
                              North Richland Hills, TX 76180
                              (817) 581-4912
                              Fed. Bar. ct 05609

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to withdraw was served by certified mail on:

Greta Fairbrother
29 Sydney St.
Meriden, CT 06451

Michelle Holmes, Esq.
Sack, Spector, Karsten
836 Farmington Ave.
West Hartford, CT 06119

this 2nd day of February 2004.

Otto P. Witt