UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER
        Plaintiff/Appellant

VS.                            Case No. 3:01-cv-126 (EBB)
                                     162
STATE OF CONNECTICUT DEPT.
OF MENTAL HEALTH AND
ADDICTION SERVICES       : FEBRUARY 2, 2004

MOTION TO WITHDRAW APPEARANCE

The undersigned counsel, moves for permission to withdraw as counsel for plaintiff/appellant Greta Fairbrother for the pending appeal. Ms. Fairbrother has obtained new counsel to handle the appeal and said counsel has filed an appearance.

Respectfully submitted by,

Otto P. Witt, Attorney at Law
5721 Stone Drive
North Richland Hills, TX 76180
(817) 581-4912
Fed. Bar. ct 05609