FILED

FEB 24  3 04 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER<br>    Plaintiff, | : | 3:01CV162 (EBB) |
| VS. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MENTAL HEALTH<br>And ADDICTION SERVICES, AND<br>IN HER INDIVIDUAL AND OFFICIAL<br>CAPACITY PAMELA MORRISON, CHIEF<br>OF HUMAN RESOURCE OPERATIONS,<br>    Defendants. | : | FEBRUARY 23, 2004 |

## INDEX TO RECORD ON APPEAL

**DOCUMENT NO.:**

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint (Doc. # 1) filed (1/31/01) | 2 |
| Answer and Affirmative Defenses (Doc. # 8)<br>filed 3/12/01 | 3 |
| Marked Witness List as to Greta Fairbrother<br>(Doc. # 53) filed 3/17/03 | 4 |
| Marked Exhibit List as to State of CT<br>(Doc. # 54) filed 3/17/03 | 5 |
| Marked Exhibit List as to Greta Fairbrother<br>(Doc. # 55) filed 3/17/03 | 6 |
| Jury Verdict for Greta Fairbrother (Doc. # 56)<br>Filed 3/17/03 | 7 |
| Judgment for Greta Fairbrother (Doc. # 58)<br>filed 3/18/03 | 8 |

| | |
|---|---|
| Motion for Judgment as Matter of Law (Doc. # 59) filed 3/20/03 | 9 |
| Transcript for date of March 12, 2003 (Doc. # 61) filed 4/10/03 | 10 |
| Transcript for date of March 12, 2003 (Doc. # 63) filed 4/21/03 | 11 |
| Transcript for date of March 14, 2003 (Doc. # 64) filed 4/21/03 | 12 |
| Transcript for date of March 13, 2003 (Doc. # 65) filed 4/22/03 | 13 |
| Transcript for date of March 17, 2003 (Doc. # 66) Filed 4/22/03 | 14 |
| Order granting Motion for Judgment as Matter of Law (Doc. # 69) filed 10/29/03 | 15 |
| Judgment in favor of defendants (Doc. # 70) filed 10/30/03 | 16 |
| Notice of Appeal by Greta Fairbrother (Doc. # 71) filed 11/18/03 | 17 |

PLAINTIFF, GRETA FAIRBROTHER

BY  /s/ Michelle Holmes
Michelle N. Holmes
Federal Bar No.: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of February, 2004, to the following counsel of record:

Joseph A. Jordano, Esquire
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT  06141

                                                      Michelle Holmes