# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE:   FAIRBROTHER

VS.

IN RE:   STATE OF CT, et al

DOCKET NO.  3:01cv162 EBB

FILED
Mar 18  2 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CT

USCA NO.  3-9242

### INDEX TO RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT OF THE
CERTIFIED COPY OF DOCKET ENTRIES AND
INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 3.4.04 TM
ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT

NHCT

03/9/2/4/2/CV

FILED

Feb 24  3 04 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER<br>    Plaintiff, | : | 3:01CV162 (EBB) |
| VS. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MENTAL HEALTH<br>And ADDICTION SERVICES, AND<br>IN HER INDIVIDUAL AND OFFICIAL<br>CAPACITY PAMELA MORRISON, CHIEF<br>OF HUMAN RESOURCE OPERATIONS,<br>    Defendants. | : | FEBRUARY 23, 2004 |

## INDEX TO RECORD ON APPEAL

| | DOCUMENT NO.: |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint (Doc. # 1) filed (1/31/01) | 2 |
| Answer and Affirmative Defenses (Doc. # 8) filed 3/12/01 | 3 |
| Marked Witness List as to Greta Fairbrother (Doc. # 53) filed 3/17/03 | 4 |
| Marked Exhibit List as to State of CT (Doc. # 54) filed 3/17/03 | 5 |
| Marked Exhibit List as to Greta Fairbrother (Doc. # 55) filed 3/17/03 | 6 |
| Jury Verdict for Greta Fairbrother (Doc. # 56) Filed 3/17/03 | 7 |
| Judgment for Greta Fairbrother (Doc. # 58) filed 3/18/03 | 8 |

| | |
|---|---|
| Motion for Judgment as Matter of Law (Doc. # 59) filed 3/20/03 | 9 |
| Transcript for date of March 12, 2003 (Doc. # 61) filed 4/10/03 | 10 |
| Transcript for date of March 12, 2003 (Doc. # 63) filed 4/21/03 | 11 |
| Transcript for date of March 14, 2003 (Doc. # 64) filed 4/21/03 | 12 |
| Transcript for date of March 13, 2003 (Doc. # 65) filed 4/22/03 | 13 |
| Transcript for date of March 17, 2003 (Doc. # 66) Filed 4/22/03 | 14 |
| Order granting Motion for Judgment as Matter of Law (Doc. # 69) filed 10/29/03 | 15 |
| Judgment in favor of defendants (Doc. # 70) filed 10/30/03 | 16 |
| Notice of Appeal by Greta Fairbrother (Doc. # 71) filed 11/18/03 | 17 |

PLAINTIFF, GRETA FAIRBROTHER

BY *Michelle Holmes* (signature)
Michelle N. Holmes
Federal Bar No.: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of February, 2004, to the following counsel of record:

Joseph A. Jordano, Esquire
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT   06141

*Michelle Holmes* (signature)
Michelle Holmes

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776