FILED

2005 JUL 22 P 2: 08

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER | : | NO.: 3:01CV162(EBB) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES, | : | |
|     Defendants. | : | JULY 21, 2005 |

**APPEARANCE**

Please enter the appearance of Michelle Holmes, as counsel for plaintiff, GRETA FAIRBROTHER, in the above captioned matter.

PLAINTIFF,

BY /s/ Michelle Holmes
Michelle Holmes
Federal Bar Number: ct20014
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT  06702
Her Attorney
mholmes@mholmeslaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 21st day of July, 2005, to the