UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER, | : | CIVIL NO. 3:01CV0162 (EBB) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MENTAL HEALTH | : | |
| AND ADDICTION SERVICES | : | |
| *Defendant.* | : | August 8, 2005 |

**DEFENDANT'S RENEWED MOTON FOR A NEW TRIAL**

Pursuant to Fed. R. Civ. P 59(a), the defendant hereby renews its motion for a new trial on the hostile work environment claim consistent with the ruling issued by the United States Second Circuit Court of Appeals in <u>Fairbrother v. Morrison, et al</u>., 2005 U.S. App. LEXIS 11148 (2d Cir. 2005) issued on June 14, 2005 and entered with this Court as a mandate dated July 15, 2005 (Doc. # 77).

> DEFENDANT, DEPARTMENT OF
> MENTAL HEALTH AND ADDICTION
> SERVICES
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:_____
> Joseph A. Jordano
> Assistant Attorney General
> Federal Bar # ct21487
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120
> Tel: 860-808-5340
> Fax: 860-808-5383
> E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on this       day of August, 2005 a true and accurate copy of the foregoing Renewed Motion for New Trial was sent by First Class United States mail, first class postage prepaid, to:

Michelle Holmes, Esq.
Law Office of Michelle Holmes
67 Holmes Avenue
Waterbury, CT  06702

                                                                    _____
                                                                    Joseph A. Jordano
                                                                    Assistant Attorney General