UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER | : | CIVIL NO. 3:01CV0162(EBB) |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MENTAL HEALTH | : | |
| AND ADDICTION SERVICES | : | |
|     Defendant | : | AUGUST 30, 2005 |

MOTION FOR EXTENSION OF TIME

The plaintiff, Greta Fairbrother, respectfully requests an extension until September 20, 2005, to respond to defendant's motion for a new trial. This extension is being sought for good cause because counsel for plaintiff only recently opened her own law practice and is now a solo practitioner. The undersigned also was not the attorney who handled plaintiff's case at the time of trial before this Court. This additional time is necessary in order to fully and properly prepare a response to defendant's motion. This is the first request for an extension of time. Counsel for defendant was contacted but his position could not be ascertained.

WHEREFORE, plaintiff requests that this motion be granted.

    PLAINTIFF,


    BY_____
        Michelle Holmes
        Federal Bar Number: ct20014
        Law Office of Michelle N. Holmes
        67 Holmes Avenue
        Waterbury, CT  06702
        Her Attorney
        mholmes@mholmeslaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of August, 2005, to the following counsel of record:

Joseph Jordano
Assistant Attorney General
55 Elm Street
PO Box 120
Hartford, CT  06141-0120

Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT  06510

_____
Michelle Holmes