UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT -5 A 7: 30

GRETA FAIRBROTHER

v.                                Case No. 3:01CV162(EBB) U.S. DISTRICT COURT
                                                          NEW HAVEN, CT
STATE OF CONNECTICUT
DEPARTMENT OF HEALTH
AND ADDICTION SERVICES

ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

___ A ruling on the following motions which are currently pending: Doc.# _____

_X_  A settlement conference

___ A conference to discuss the following: _____

___ Other: _____

SO ORDERED this 4th day of October, 2005, _ at New Haven, Connecticut.

ELLEN BREE BURNS, /SENIOR JUDGE
UNITED STATES DISTRICT JUDGE