FILED

2005 NOV -3 P 1: 34

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRETA FAIRBROTHER<br>    Plaintiff | : CIVIL NO. 3:01CV0162(EBB) |
| vs. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF MENTAL HEALTH<br>AND ADDICTION SERVICES<br>    Defendant | :<br>:<br>:<br>: NOVEMBER 2, 2005 |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1), plaintiff, GRETA FAIRBROTHER hereby provides notice that she appeals to the United States Court of Appeals for the Second Circuit the decision from the United States District Court, Hon. Ellen Bree Burns order dated October 5, 2005, granting defendant's motion for a new trial.

PLAINTIFF, GRETA FAIRBROTHER

BY _/s/ Michelle Y. Holmes_
Michelle Holmes
Federal Bar Number: ct20014
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT  06702
Her Attorney
mholmes@mholmeslaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of Novemer, 2005, to the following counsel of record:

Joseph Jordano
Assistant Attorney General
55 Elm Street
PO Box 120
Hartford, CT  06141-0120

Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT  06510

Michelle Holmes

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER            :

    v.                       :    NO. 3:01CV162(EBB)

STATE OF CONNECTICUT         :
DEPARTMENT OF HEALTH
AND ADDICTION SERVICES       :

### RULING ON DEFENDANT'S RENEWED MOTION FOR A NEW TRIAL

Following remand, the defendant has renewed its motion, pursuant to Fed. R. Civ. P. 59(a), for a new trial on plaintiff's hostile work environment claim.

The court may order a new trial if it "'is convinced that the jury has reached a seriously erroneous result or that the verdict is a miscarriage of justice.'" United States v. Landau, 155 F.3d 93, 104 (2d Cir. 1998), quoting Smith v. Lightning Bolt Productions, Inc., 801 F.2d 363, 370 (2d Cir. 1988). In arriving at a decision, the trial judge may weigh the evidence which need not be viewed in the light most favorable to the verdict winner. Id.

In this case the court has assessed the weight of the evidence which, in support of the verdict, consists of plaintiff's uncorroborated testimony as against the testimony of eleven defense witnesses and has concluded that the jury reached a seriously erroneous result and that a new trial should be ordered to prevent a miscarriage of justice.

Accordingly, the jury selection for a new trial shall be

held on February 14, 2006, at 10:00 a.m.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of October, 2005.