# MANDATE

DC/new haven
01-CV-162
Hon. Burns
Hon. Margolis

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

FAIRBROTHER
v.
STATE OF CT.

---

Docket No. 05-5990-cv

*FILED FEB 22 2006 — Second Circuit*

### STIPULATION WITHDRAWING PREMATURE APPEAL

It appearing that the above appeal is premature because some claims are still pending in District Court, i.e. *defendant's motion for a new trial was GRANTED*. FRCP 54(b), and no certification has been granted, WHEREFORE,

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. This stipulation shall not preclude any appeal from a final judgment, i.e., adjudicating all the claims and the rights and liabilities of all the parties, or granting certification, FRCP 54(b).

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
*Stanley G. Bass*
Stanley A. Bass, Staff Counsel

Feb. 22, 2006

*Michelle Holmes*
Attorney for Appellant

*[signature]*
Attorney for Appellee
JOSEPH A. JORDANO
OFFICE of the Attorney General
Counsel: Please print name and firm under signature.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

CERTIFIED: FEB 2 8 2006