UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER<br>*Plaintiff* | : <br> : <br> : | CIVIL NO. DOCKET NUMBER<br>3:01-CV-00162(EBB) |
| STAE OF CT, DEPT. OF MENTAL<br>HEALTH AND ADDICTION SERVICES<br>*Defendant* | : <br> : | MAY 3, 2006 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as counsel for the defendant, State of Connecticut, Department of Mental Health and Addiction Services in the above-captioned case, in addition to appearance already on file of Joseph A. Jordano.

Dated at Hartford, Connecticut this 3rd day of May, 2006.

DEFENDANT, STATE OF CT, DEPT. OF
MENTAL HEALTH & ADDICTION
SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
David C. Nelson
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: davidc.nelson@po.state.ct.us
Federal Bar No. ct25640

## CERTIFICATION

I hereby certify that on May 3, 2006 a copy of the foregoing Appearance was mailed first-class, postage pre-paid to:

Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702

                                                /s/
David C. Nelson
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: davidc.nelson@po.st.ct.us
Federal Bar No. ct25640