ADDENDUM A-1

UNITED STATES DITRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER, | ) | CASE NO.: 3:01CV162 (EBB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| STATE OF CONNECTICUT | ) | |
| DEPARTMENT OF MENTAL HEALTH | ) | |
| AND ADDICTION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | MAY 16, 2006 |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

The Defendant respectfully requests the opportunity to personally voir dire the prospective jurors, in addition to the court's general inquiry and submission of the Jury Questionnaire. Defendant hereby expressly agrees to limit the duration of such questions as the Court shall direct.

**Alternate Request for Voir Dire Questions**

If the foregoing request should be denied, the Defendant then requests that the following questions be put to each prospective juror to ensure the impartiality of the jury and to permit informal exercise of challenges.

The undersigned defendant requests that each of the prospective jurors be required to identify themselves, giving their number, name, their address for the past five years, their occupation for the past five years and occupation of their spouses for the past five years. The defendants further request that each juror then be asked the following questions:

1. Are you or any members of your family or friends related to any of the attorneys representing any of the parties to this action? If so, what is the relationship?

1

ADDENDUM A-1

2. Have you or any members of your family or friends ever been represented by, or are you or they socially acquainted with, any of the attorneys who represent any of the parties to this action? If so, state when and where the representation of such attorney, or the extent of the acquaintance with such, occurred.

3. Do you or any members of your family or friends know the plaintiff or any members of her family?

4. Do you have any knowledge about this lawsuit or any other lawsuit involving the actions of the defendant or of the plaintiff?

5. Do you or any members of your family or friends know any of the people who are expected to be witnesses in this case or any of the organizations with which the witnesses are associated?

6. Do you have any particular feelings concerning the defendant which would in any way affect your ability to be fair and impartial in this case?

7. Have you or any members of your family or friends ever studied law?

8. Have you ever been a party to a lawsuit or brought a claim for money damages, if so:

    (a) did you bring the suit or claim or was it brought against you;

    (b) what was the nature of the lawsuit or claim;

    (c) how was the suit or claim resolved.

9. Have you or any members of your family or friends ever worked for a lawyer?

10. If you should find that, under the law given by the Judge, the evidence favors the defendant, will you have any hesitancy returning a verdict for the defendant?

11. Is there any one of you who, if instructed to do so by the Judge, could not or would not be able to put aside all natural feelings of sympathy during jury deliberations and decide this case strictly on the facts and the law?

12. Do any of you feel, for any reason, that you could not fairly decide this case?

13. Is there any one of you who would find it extremely difficult, if not impossible, to follow the Judge's instructions not to discuss the case outside of the courtroom with anyone, including family members, and not to read about the case or listen to any possible broadcasts about it on the radio or television?

14. Are there any among you who feel that merely because a person brings a lawsuit and claims money damages that such person is entitled to be awarded damages by a jury without first proving that the defendant is liable under the law?

15. Are there any among you who feel that merely because the defendant has been sued that it must have done something wrong or must legally be at fault?

16. Are there any among you who feel that even if the plaintiff fails to prove her case against the defendant, you could not or would not send the plaintiff home without any money because she may have suffered and incurred expenses?

17. Do any one of you feel now, before hearing any of the evidence, that you are inclined to lean towards any party or be sympathetic towards the position of any party?

ADDENDUM A-1

    18.    Do any of you know anything about the circumstances surrounding this lawsuit?

    19.    Is there any reason whatsoever that you feel that you simply would rather not serve on this jury?

    20.    Have you or any members of your family had any experience with any officer or employee of the State of Connecticut including the Attorney General's Office and the Department of Mental Health and Addiction Services or any other agency which would prevent you from considering the evidence impartially and fairly?

    21.    The court will instruct you that the defendant must be judged by you on the basis of its conduct. Does anyone believe that they will have difficulty accepting that instruction?

    22.    Have you or any members of your family ever been sued by the State of Connecticut or any other governmental agency? Have you or has a member of your family ever brought suit against the State of Connecticut or any other governmental agency?

    23.    Have you or any members of your family ever been arrested?

    24.    Have you or any members of your family ever been convicted of a crime?

    25.    The defendant in this case is the State of Connecticut, acting through the management at the Connecticut Valley Hospital. Do you have any feelings or opinions about management that would interfere with your ability to fairly judge the defendant in this case?

26. Do you have or anyone in your family belong to a union? Do you have any feelings or opinions about unions that would interfere with your ability to fairly judge the defendant in this case.

27. Do you have any feelings or opinions about state employees, their abilities or general competence that would interfere with your ability to fairly judge the defendant in this case?

28. Have you ever worked for an employer that employed more than fifty employees? If so, in what capacity and for what period of time?

29. Have you, or has any member of your family, been an employee of the State of Connecticut? If so, do you believe that you or your family member was treated fairly by the State of Connecticut as an employer, and if not, why not? Do you believe that might affect your ability to judge this case fairly, and if so, in what way?

30. Have you read, heard, or been exposed to any unfavorable comments about the State of Connecticut, Department of Mental Health and Addiction Services?

31. This case involves the plaintiff's claim of retaliation and sex discrimination in the form of a hostile working environment. Have you or has any member of your family had any experience with these issues in any type of lawsuit or claim that would prevent you from impartially and fairly evaluating this case?

32. Have you, or any member of your family or circle of friends, ever filed a complaint against an employer, supervisor or co-worker? If so, what was the nature and circumstances of that complaint? If so, do you feel that those opinions would affect your ability to judge this case fairly and impartially?

33. Have you ever served on a jury before? Where? What kind of case (civil or criminal)? Were you able to reach a verdict?

34. If, after hearing the evidence in this case and this Court's instructions, you found that the Defendants did not retaliate against the Plaintiff, would you have any difficulty deciding in the Defendant's favor, even though the Plaintiff would receive no monetary award?

35. Have you or any member of your family been disciplined or treated less favorably at work for what you believe to be for reasons other than your job performance?

36. Have you ever felt that you had been the subject of discrimination or retaliation by any employer for whom you have worked?

37. Have you, or any member of your family or circle of friends, ever been terminated from a job or denied a job opportunity or promotion or contract extension by your employer? If the answer to the foregoing question is yes, do you feel that you/such person was treated unfairly, and if so, why?

38. Do any of you believe that simply because a female employee alleges sexual harassment by a male co-worker, there must be some truth to the claim?

39. Do any of you believe that a female employee cannot or would not sexually harass or assault a male co-worker?

40. It is very important that you put aside any perceived ideas you have about gender discrimination and judge this case fairly based upon the evidence and the law as I instruct you. Is there anything about your values, experiences or attitude towards gender discrimination that would impact prevent you from judging this case fairly?

ADDENDUM A-1

                DEFENDANT

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL


BY:_____
      Joseph A. Jordano (ct 21487)
      Assistant Attorney General
      P.O. Box 120
      55 Elm Street
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5385


## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Defendant's Requested Voir Dire** was mailed, first class postage prepaid, this 16th day of May, 2006 to:

Michelle Holmes, Esq.
67 Holmes Avenue
Waterbury, CT  06702


_____
Joseph A. Jordano
Assistant Attorney General