UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
GRETA FAIRBROTHER              :

        v.                     :   NO. 3:01CV00162(EBB)

STATE OF CONNECTICUT           :
DEPARTMENT OF MENTAL HEALTH
AND ADDICTION SERVICES         :
```

ORDER OF TRANSFER

In the interest of justice, the above case is hereby transferred to the docket of The Honorable Peter C. Dorsey, United States District Judge. All future pleadings should be filed in New Haven, Connecticut bearing the initials "PCD."

Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a)].

SO ORDERED.

/s/ Ellen B. Burns
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut, this 23rd day of May, 2006.