UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER              :        CIVIL NO. 3:01CV0162 (PCD)
   *Plaintiff*
                                                   :

v.

STAE OF CT, DEPT. OF MENTAL     :
HEALTH AND ADDICTION SERVICES   :        MAY 30, 2006
   *Defendant*

### DEFENDANT'S OBJECTION TO PLAINTIFF'S TRIAL EXHIBITS

The defendant, having just received the plaintiff's trial exhibits on May 24, 2006, through defense counsel sets forth its objections to the plaintiff's trial exhibits as follows:

1. Supervisor's Record for Formal Oral Counseling

    OBJECTION: hearsay, relevance, foundation.

2. Undated unsigned memo

    OBJECTION: hearsay, relevance, foundation.

3. June 1, 1999 unsigned internet remarks about women

    OBJECTION: hearsay, relevance, foundation, unfairly prejudicial.

4. Undated unsigned 3rd Shift Christmas Party

    OBJECTION: hearsay, relevance, foundation, unfairly prejudicial.

5. Undated unsigned picture

    OBJECTION: hearsay, relevance, foundation, unfairly prejudicial.

6. Undated unsigned picture (Genrdon)

    OBJECTION: hearsay, relevance, foundation, unfairly prejudicial.

1

7. Affirmative Action Complaint Form, dated 9/20/02

   OBJECTION: hearsay, relevance, foundation, unfairly prejudicial.

8. Plaintiff's 2001 Service Rating

   OBJECTION: hearsay, relevance, foundation.


                    DEFENDANT

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY: _____
       Joseph A. Jordano
       Assistant Attorney General
       Federal Bar # ct21487
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-0120
       Tel: 860-808-5340
       Fax: 860-808-5383
       email: Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

The undersigned hereby certifies that on the 30th day of May, 2006, a true and accurate copy of the foregoing was sent by United States mail, first class postage prepaid, to the following:

Michelle Holmes, Esq.
67 Holmes Avenue
Waterbury, CT 06702

                    _____
                    Joseph A. Jordano
                    Assistant Attorney General