UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jury Trial Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

June 14, 2006

10:00 A.M.

**CASE NO.  3:01 cv 162 Greta Fairbrother vs. State of CT Dept. Of Mental Health & Addiction Services**

_____JURY TRIAL COMMENCES

COUNSEL OF RECORD:

| | |
|---|---|
| Jonathan Abels, Esq. | 26 N. Main St., West Hartford, CT 06107<br>860-313-4040 |
| Michelle N. Holmes, Esq. | Law Office of Michelle N. Holmes,<br>67 Holmes Ave., Waterbury, CT 06702<br>203-596-1091 |
| David Christopher Nelson, Esq.<br>Joseph A. Jordano, Esq. | Attorney General's Office, 55 Elm St.,<br>Hartford, CT 06141<br>860-808-5340 |
| Joanne S. Faulkner, Esq. | Law Offices of Joanne Faulkner,<br>123 Avon St., New Haven, CT 06511-2422<br>203-772-0395 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK