UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER           :        CIVIL NO. 3:01CV0162(PCD)
    Plaintiff               :

    vs.                     :

STATE OF CONNECTICUT        :
DEPARTMENT OF MENTAL HEALTH :
AND ADDICTION SERVICES      :
    Defendant               :        JUNE 7, 2006

## REQUEST FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), the plaintiff, Greta Fairbrother, respectfully requests that she be allowed to amend to her complaint dated January 30, 2001. See Amended Complaint attached hereto. This case is set to start trial on June 14, 2006. The amendment is necessary because over the course of this litigation the claims and parties have changed. The plaintiff's amended complaint sets forth one claim against defendant, State of Connecticut, pursuant to Title VII, for creating and allowing a hostile work environment, charged with sexual harassment, to there and then exist.

The amended complaint removes all allegations regarding retaliation and clarifies the basis for her sexual harassment claim. Defendant is not prejudiced by the amendment

as the information included in the complaint relates back to the original allegations,

conforms to the 2d Circuit ruling, and conforms to the testimony and evidence adduced

during discovery and at the first trial.

PLAINTIFF,

BY_____

Michelle N. Holmes
Federal Bar Number: ct20014
67 Holmes Avenue
Waterbury, CT  06702

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid,

this 7th day of June, 2006, to the following counsel of record:

Joseph Jordano
Assistant Attorney General
55 Elm Street
PO Box 120
Hartford, CT  06141-0120

Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT  06510

_____
Michelle Holmes