UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER | : | CIVIL NO. 3:01CV0162(PCD) |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MENTAL HEALTH | : | |
| AND ADDICTION SERVICES | : | |
|     Defendant | : | JUNE 13, 2006 |

## PLAINTIFF'S MOTION IN LIMINE RE: PLAINTIFF'S WORK PERFORMANCE

Plaintiff, Greta Fairbrother, hereby submits the following motion in limine in anticipation of the trial scheduled for June 14, 2006. The plaintiff moves this Court to exclude any testimony or evidence regarding the plaintiff's work performance and/or performance evaluations.

Plaintiff anticipates that defendant will offer testimony regarding plaintiff's alleged inability to deal with patients and her alleged overall poor performance while working on Unit 1, including an unsatisfactory performance evaluation she received after the "Ian Walker" incident. At no time prior to plaintiff's complaints regarding the sexual harassment and hostile work environment, did she ever receive counseling or discipline regarding her work performance. Neither of plaintiff's immediate supervisors, Allen Davis of William Boisvert ever counseled her for alleged performance defects. In fact, Mr. Davis testified that he never personally witnessed any problems with Mrs. Fairbrother.

Defendant intends to offer testimony from plaintiff's co-workers about plaintiff's interaction with patients and other hearsay testimony. Such information has no bearing

on plaintiff's claim that she was subjected to a hostile work environment and serves only to prejudice the jury against the plaintiff. Moreover, any evidence regarding discipline, alleged conduct deficiencies, and/or poor performance evaluations, is relevant only to plaintiff's former claim of retaliation. To allow evidence regarding alleged work misconduct and/or poor performance and prohibit plaintiff from claiming that same was retaliation, directly conflicts with the 2d Cir. ruling in this case.

For the foregoing reasons, plaintiff respectfully requests that her motion in limine be granted.

PLAINTIFF, GRETA FAIRBROTHER

BY _____

Michelle Holmes
Federal Bar No.: ct20014
Law Office of Michelle N. Holmes
67 Holmes Avenue
Waterbury, CT 06702
203-596-1091
203-586-1093(fax)
mholmes@mholmeslaw.com

I hereby certify that the foregoing was hand-delivered this 14th day of June, 2006.

Michelle N. Holmes