# United States District Court

DISTRICT OF _____

Fairbrother
v.
State of CT Dept of mental Health

PLTF'S EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01cv162 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | M. Holmes | Jordano / Nelson |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/14/06 – | K. Falcone | Rodko / Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/14/06 | | | Greta Fairbrother, Meriden, CT |
| ✓ | | 6/14/06 | | | Jo-anne Libera (by deposition) |
| ✓ | | 6/15/06 | | | Pamela Morrison-Wolf, Farmington, CT |
| ✓ | | 6/15/06 | | | William Fairbrother, Meriden, CT |
| ✓ | | ~~6/15/06~~ | | | |
| ✓ | | 6/16/06 | | | Greta Fairbrother |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages