# United States District Court

DISTRICT OF

Fairbrother
v.
State of CT Dept of Mental Health

PLTF'S EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:01CV162 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | M. Holmes | Jordano / Nelson |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/14/06 – | K. Falcone | Rodko / Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/14/06 | ✓ | ✓ | "3rd shift Christmas Party" flyer |
| 2 | | 6/14/06 | ✓ | | Memo to employees from management re: visitors |
| 3 | | 6/14/06 | ✓ | ✓ | "This won't hurt a bit" |
| 4 | | 6/14/06 | ✓ | ✓ | "Gendron Bodyonics Horny Goat Weed" Dietary supplements |
| 5 | | 6/14/06 | ✓ | ✓ | "How to speak about women + be Politically Correct" |
| 6 | | 6/16/06 | ✓ | ✓ | Memo dated 6/6/00 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages