# United States District Court

DISTRICT OF _____

Fairbrother
v.
State of CT Dept. of Mental Health

Deft's ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:01CV162 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | M. Holmes | Jordano / Nelson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/14/06 - | K. Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 6/15/06 |  |  | Pamela Morrison-Wolf, Farmington, CT |
|  | ✓ | 6/15/06 |  |  | Chris Colavito, Middletown, CT |
|  | ✓ | 6/15/06 |  |  | Ian Walker |
|  | ✓ | 6/15/06 |  |  | Alan Aubin |
|  | ✓ | 6/15/06 |  |  | Carol Burgess, Oakdale, CT |
|  | ✓ | 6/15/06 |  |  | Steven Caron, Colchester, CT |
|  | ✓ | 6/15/06 |  |  | Allan Davis (by deposition) |
|  | ✓ | 6/15/06 |  |  | Tammi Brown (by deposition) |
|  | ✓ | 6/16/06 |  |  | Jenna Drysdale, Middletown, CT |
|  | ✓ | 6/16/06 |  |  | William Boisvert, Higganum, CT |
|  | ✓ | 6/16/06 |  |  | James Young, Colchester, CT |
|  | ✓ | 6/16/06 |  |  | Jacques Ouimette, Middletown, CT |
|  | ✓ | 6/16/06 |  |  | Ronald Jursch, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages