# United States District Court

DISTRICT OF _____

Fairbrother
v.
State of CT Dept. of Mental Health

Deft's EXPIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:01cv162 (PCD)

| | | | | |
|---|---|---|---|---|
| PRESIDING JUDGE<br>Peter C. Dorsey | PLAINTIFF'S ATTORNEY<br>M. Holmes | | DEFENDANT'S ATTORNEY<br>Jordano / Nelson | |
| TRIAL DATE(S)<br>6/14/06 - | COURT REPORTER<br>K. Falcone | | COURTROOM DEPUTY<br>P. Villano | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 6/15/06 | ✓ | ✓ | Dept. of M.H. Policy on Sexual Harassment |
| | B | 6/15/06 | ✓ | ✓ | CVH Policies & Procedure Manual |
| | C | 6/15/06 | ✓ | ✓ | Dept. of MH & Addiction Svcs General Work Rules |
| | M | 6/15/06 | ✓ | ✓ | Memo dated 11/3/00 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages