UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER,
    Plaintiff,

-vs-

STATE OF CONNECTICUT
DEPARTMENT OF MENTAL HEALTH
AND ADDICTION SERVICES,
    Defendant.

Civil No. 3:01cv162 (PCD)

FILED
Jun 19  11 56 AM '06
U.S. DISTRICT COURT
NEW HAVEN CONN

## VERDICT FORM

1. Do you find that the plaintiff, Greta Fairbrother, has proved by a preponderance of the evidence that she was subjected to a gender-based hostile work environment for which defendant should be held liable?

   \_\_\_\_Yes   __X__No

2. If you have answered Interrogatory 1 "Yes," has defendant proven by a preponderance of the evidence that it exercised reasonable care to prevent and correct promptly any sexually harassing behavior *and* that the plaintiff employee unreasonably failed to take advantage of any preventive or corrective opportunities provided by the employer or to avoid harm otherwise?

   \_\_\_\_Yes   \_\_\_\_No

*If you answered Interrogatory 1 "No," or if you answered Interrogatory 1 "Yes" and Interrogatory 2 "Yes," then your deliberations are complete and you should skip Interrogatories 3 and 4. Please have the jury foreperson fill in, sign, and date this verdict form. If, however, you answered Interrogatory 1 "Yes" and Interrogatory 2 "No," then you should proceed to answer Interrogatories 3 and 4.*

3. If you have answered Interrogatory 1 "Yes," what amount of compensatory damages has the plaintiff proved were proximately caused by the defendant's wrongful conduct?

   $_____

3. If you have answered Interrogatory 1 "Yes" and if the plaintiff has not proved entitlement to compensatory damages, what amount of nominal damages do you award as to the claims you have found proved but did not find a proven amount of compensatory damages?

$ _____

**Your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.**

_____
Foreperson

6/19/06
_____
Date