# United States District Court

DISTRICT OF _____

Fairbrother
v.
State of CT

**EXHIBIT ~~AND WITNESS~~ LIST**

CASE NUMBER: 3:01CV162 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | M. Holmes | Jordano / Nelson |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 6/14/06 | Falcone / Corriette / Rodko | P. Villano |

| Court PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/16/06 | | | Instructions To Jury |
| 2 | | 6/16/06 | | | Note from Jury |
| 3 | | 6/19/06 | | | Note from ~~Jury~~ Court to Jury |
| 4 | | 6/19/06 | | | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages