UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETA FAIRBROTHER

    v.                                                    Civil No.  3:01 cv 162 (PCD)

STATE OF CONNECTICUT DEPARTMENT
OF MENTAL HEALTH AND ADDICTION SERVICES
AND IN HER INDIVIDUAL AND OFFICIAL
CAPACITY PAMELA MORRISON, CHIEF OF
HUMAN RESOURCE OPERATIONS

## **J U D G M E N T**

This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge.  On June 19, 2006, after deliberation, the jury returned a verdict for the defendant, State of Connecticut Department of Mental Health and Addiction Services.  On December 9, 2002, a Ruling entered dismissing the defendant, Pamela Morrison.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant State of Connecticut Department of Mental Health and Addiction Services and the case is closed.

    Dated at New Haven, Connecticut, this 19th day of June, 2006.

                                              KEVIN F. ROWE, Clerk
                                              By

                                              /s/
                                              Patricia A. Villano
                                              Deputy Clerk

EOD: _____