UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRETA FAIRBROTHER<br>*Plaintiff*, | : CIV. NO. 3:01CV0162(PCD)<br>:<br>: |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MENTAL HEALTH<br>AND ADDICTION SERVICES<br>*Defendant*. | :<br>:<br>: July 25, 2006 |

## MOTION FOR COSTS

The matter came before the Court and a four-day trial was held before Judge Ellen Bree Burns from March 12, 2003 through March 17, 2003[1]. On March 17, 2003, the jury returned a verdict in favor of the plaintiff. (Doc. # 56) The plaintiff was awarded $20,000.00 in damages and judgment was entered for the plaintiff. (Doc. # 58). The defendant filed a timely appeal and filed a Motion for Judgment as a Matter of Law, or a New Trial on or about March 20, 2003 (Doc. # 59). The Court granted defendant's Motion for Judgment as a Matter of Law (JMOL) on October 29, 2003 (Doc. # 69) and Judgment was entered in favor of the defendant on October 30, 2003 (Doc. # 70).

The plaintiff filed a timely appeal to the Second Circuit Court of Appeals (Doc. # 71). The Second Court affirmed in part and reversed in part the district court's order of October 29, 2003, remanding the case for further proceeding, including "resolution of the defendant's motion for a new trial on the hostile work environment claim under Fed. R. Civ. P. 59(a)." Fairbrother v. Morrison, et al., 412 F.3d 39, 58 (2d Cir. June 14, 2005). The Second Circuit's mandate was received by the district court on July 15, 2005 (Doc. # 77). The defendant filed a Motion for a New Trial on August 8, 2005 (Doc. # 79). The Court (Burns, J) granted the motion for new trial on October 5, 2005 (Doc. # 86). The plaintiff filed a Notice of Appeal on November 3, 2005 (Doc. # 90) regarding the granting of a new trial. The plaintiff filed a Stipulation Withdrawing

---

[1] Pamela Morrison was dismissed as a defendant in the action by Court ruling on December 9, 2002 (Doc. # 37).

Premature Appeal with the Second Circuit which was granted by that Court on February 22, 2006 and a mandate was entered by the district court on March 6, 2006 (Doc. # 95). The matter proceeded to trial before the Honorable District Court Judge Peter C. Dorsey. A jury trial was held from June 14, 2006 through June 19, 2006. Verdict for the defendant was entered by the jury on June 19, 2006 (Doc. # 126) and Judgment was entered for the defendant on the same date (Doc. # 128).

Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully request that the court assess costs in this action in the amount of $4,866.01 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANT
STATE OF CONNECTICUT,
DEPARTMENT OF MENTAL
HEALTH AND ADDICTION
SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this 25th day of July, 2006 to all counsel of record.

Michelle Holmes, Esq.
67 Holmes Avenue
Waterbury, CT 06702
Tel.: (203) 596-1091
Fax: (203) 596-1093

_____
Joseph A. Jordano
Assistant Attorney General

3

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRETA FAIRBROTHER<br>*Plaintiff,* | : CIV. NO. 3:01CV0162(PCD)<br>:<br>: |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MENTAL HEALTH<br>AND ADDICTION SERVICES<br>*Defendant.* | :<br>:<br>: July 25, 2006 |

## BILL OF COSTS

1. Fees of the Court Reporter
   for deposition of Greta Fairbrother
   on June 18, 2001. Bill attached..............................$718.68

2. Fees of the Court Reporter for
   deposition of Pamela Morrison-Wolf
   on April 11, 2002. Invoice attached........................$184.50

3. Fees of the Court Reporter for the
   deposition of Allen Davis on March 7, 2003[2].
   Invoice attached ...............................................$450.00

4. Fees for the videotaping of deposition
   of Allen Davis on March 7, 2003 for use at trial[3].
   Invoice attached ...............................................$475.00

---

[2] The deposition of Mr. Davis was taken five days prior to the start of trial inasmuch as he was going to be unavailable to testify at trial. An expedited rate of $7.50 per page had to be paid in order to have it ready for use at trial. The defendant is aware of the $3.75 maximum pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and leaves the amount to the discretion of the Court.

[3] See Footnote No. 2

5. Fees of state marshal Stuart Woods for service
   of seven subpoenas for attendance at trial[4].
   Invoice attached ..............................................$125.60

6. Fees of state marshal Stuart Woods for service
   of seven subpoenas for attendance at trial[5].
   Invoice attached ..............................................$125.60

7. Fees of state marshal Stuart Woods for service
   of one subpoena for attendance at trial.
   Invoice attached ..............................................$ 31.40

8. Fees of the Court Reporter for deposition of
   Tammy Brown on January 22, 2003.
   Invoice attached ..............................................$491.25

9. Fees for the video taping of the deposition of
   Tammy Brown on Jan. 22, 2003 for use at trial.
   Invoice attached ..............................................$400.00

10. Fees of the Court Reporter for deposition of
    Eddie Albrecht on Oct. 12, 2001.
    Invoice attached ..............................................$134.40

11. Fees of the Court Reporter for depositions of
    David Phelps and Jo-Anne Libera on Oct. 10, 2001.
    Invoice attached ..............................................$386.40

12. Fees of State Marshal Nancy Marino for
    service of subpoenas upon Steve Caron, William
    Boisvert, Carol Burgess and Ronald Jursch to testify
    at trial, dated June 6, 2006
    Four invoices attached ......................................$127.20

---

[4] Four of the seven individuals subpoenaed testified at trial. The amount has been adjusted to reflect this fact. No mileage from the marshal is included in the request.

[5] Four of the seven individuals testified at trial. The amount is adjusted to reflect this fact.

13. Fees of State Marshal James Mathias for service
    of subpoenas upon Christopher Colavito, Ian Walker,
    Jacques Ouimette, James Young and Jenna
    Drysdale Giglio to testy at trial, dated June 7, 2006[6]
    Invoice attached ...............................................$168.50

14. Fees of State Marshal Patria Koblyuck for service
    of subpoena upon Alan Aubin to testify at trial,
    dated June 6, 2006.
    Invoice attached ...............................................$ 35.80

15. Fees of Court Reporter for deposition of Allen
    Davis, Vol. II, dated June 9, 2006
    Invoice attached ............................................. $205.00

16. Witness fees for James Young, Carol Burgess,
    Ronald Jursch, Chris Colavito, William
    Boisvert, Ian Walker, Pamela Morrison-Wolf,
    Jenna Drysdale Giglio, Jacques Ouimette,
    Allen Aubin and Steven Caron for attendance to
    testify at trial dated June 14-19, 2006
    Copies of checks attached ...................................$806.68

               **TOTAL**               **$4,866.01**

---

[6] Marshal Mathias served six individuals, one was not called to testify at trial held June 14-19, 2006. The fee has been adjusted accordingly.

6

EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER<br>*Plaintiff,* | : | CIV. NO. 3:01CV0162(PCD) |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF MENTAL HEALTH<br>AND ADDICTION SERVICES<br>*Defendant.* | : | July 25, 2006 |

### CERTIFICATION

I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

Joseph A. Jordano
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 25th day of July, 2006.

Notary Public/~~Commissioner of the Superior Court~~

LEONARD AUSTER
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2009

7