# Falzarano Court Reporters

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/2/2001 | 10522 |

| BILL TO |
|---|
| Joseph A. Jordano, Esq.<br>Office of the Attorney General<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>860.808.5271 |

| IN RE: |
|---|
| GRETA FAIRBROTHER v<br>STATE OF CONNECTICUT<br>DMHAS and PAMELA MORRISON<br><br>US District Court (PCD) |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|---|---|---|---|---|
| 183 | 6/18/2001 | Szamier | G Fairbrother | Joseph Jordano |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Deposition of GRETA FAIRBROTHER | | | |
| AG Regular Rate | 183 | 3.60 | 658.80 |
| AG RUSH (Excerpt) | 4 | 5.30 | 21.20 |
| AG Appearance Fee | | 30.00 | 30.00 |
| AG Photocopying Exhibits | 31 | 0.28 | 8.68 |
| Subtotal | | | 718.68 |
| | | 6.00% | 0.00 |

**Total**    $718.68

# Brandon Smith Reporting Service, LLC

44 Capitol Ave.
Hartford, CT 06106
860-549-1850
Tax ID # 06-144-8649

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/26/2002 | 964785 |

**PAID**

| BILL TO | SHIP TO |
|---|---|
| Office of the Attorney General<br>Attn: Business Office<br>55 Elm Street<br>Hartford, Ct. 06106 | |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | In re: Greta Fairbrother vs. State of Ct.<br>Depo of: Pamela J. Morrison-Wolf<br>4/11/02 | | |
| 68 | Transcript pages: One copy | 2.50 | 170.00 |
| 58 | Exhibit pages | 0.25 | 14.50 |

Aretha Martin

**Total** $184.50

We accept Mastercard, Visa, American Express.



# Brandon Smith Reporting Service, LLC          Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, March 10, 2003 | 730ss |

Joseph A Jordano
Office of the Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06103

Phone:   (860) 808-5340     Fax:

| | |
|---|---|
| **Witness:** | Davis, Allen Jackson |
| **Case:** | Fairbrother vs. Department of Mental Health |
| **Venue:** | |
| **Case #:** | cv162(PCD) |
| **Date:** | 3/7/2003 |
| **Start Time:** | 1:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | James Scally |
| **Claim #:** | |
| **File #:** | 4822ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General (Daily) | 50 | $375.00 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $450.00 |
| Payments | | $0.00 |
| Balance Due | | $450.00 |

RECEIVED MAR 10 2003 ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

# HAMILTON COMMUNICATIONS

P.O. BOX 555, WESTBROOK, CONNECTICUT 06498  (860) 399-4999  FAX (860) 399-6999

March 7, 2003

Joseph A. Jordano, Esq.
State of Connecticut
Assistant District Attorney
55 Elm Street
Hartford, CT 06106-1774

Case: Fairbrother v State of Connecticut

## INVOICE

For the videotape recording of the following deposition:

Date: March 7, 2003
Location: Hartford, CT
Witness: Alan J. Davis

| | |
|---|---:|
| Videography (half day rate) | $400.00 |
| Copy of original videotape | N/C |
| Expedite requested | 75.00 |
| parking | 7.00 |
| shipping (Express Mail - US Postal Service) | 16.00 |
| Total | $498.00 |

Payable upon receipt please
EIN # 01-0670488

| INVOICE - VOUCHER FOR GOODS OR SERVICES RENDERED TO THE STATE OF CONNECTICUT | STATE OF CONNECTICUT OFFICE OF THE STATE COMPTROLLER ACCOUNTS PAYABLE DIVISION |
|---|---|

CO-17 REV. 3/98 (Stock No. 102-01)

**VENDOR: PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO AGENCY BILLING ADDRESS SHOWN ON PURCHASE ORDER.**

00841107

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00841107 | (5) DOCUMENT AMOUNT $ 246.44 |
|---|---|---|---|---|
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE | (10) COMM. AGCY. | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX  040 | 54 | 1786 |

**VENDOR / PAYEE: FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT**

(14) PAYEE: Stuart E. Woods
State Marshal
P.O. Box 1893
Middletown, Ct 06457

(15) ARE YOU INCORPORATED?  ☐ YES  ☒ NO

(16) ARE YOU A NON - PROFIT ORGANIZATION?  ☐ YES  ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME; DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service of 7 Subpoenas in the matter of: Greta Fairbrother vs Dept. of Mental Health & Addiction Services | | | | |
| service made on Sgt Alan Aubin at WFI in Middletown, Ct., on 3/7/03 | | | | |
| service made on Christipher Colavito at WFI in Middletown, Ct., on 3/10/03 | | | | |
| service made on James Young at WFI in Middletown, Ct., on 3/5/03 | | | | |
| David Phelps in Westbrook, Ct., on 3/5/03 Allen Davis in Cromwell, Ct. 3/4/03 | | | | |
| Ronald Jursch in East Hampton, Ct., on 3/4/03 and William Boisvert in Higganum, Ct., on 3/4/03 | | | | |
| Stuart E. Woods State Marshal  service | 7 | | 30.00 ea | 210.00 |
| copy | 7 | | 1.00 | 7.00 |
| endorsement | 7 | | .40 | 2.80 |
| travel | 74mi | | .36 | 26.64 |
| | | | | $246.44 |

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND | SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|

(33) AGENCY NAME AND ADDRESS

STATE OF CONNECTICUT
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET - P.O. BOX 120
HARTFORD, CT 06141-0120

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE

(35) RECEIVING REPORT NO. | (36) DATE(S) OF RECEIPT(S)

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|

DISTRIBUTION: WHITE-COMPTROLLER    CANARY -AGENCY

| INVOICE - VOUCHER FOR GOODS OR SERVICES RENDERED TO THE STATE OF CONNECTICUT | STATE OF CONNECTICUT OFFICE OF THE STATE COMPTROLLER ACCOUNTS PAYABLE DIVISION |
|---|---|

CO-17 REV. 3/98 (Stock No. 102-01)

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

**00841106**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00841106 | (5) DOCUMENT AMOUNT $ 219.80 |
|---|---|---|---|---|
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE (10) COMM. AGCY. (11) LIQ. (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX  040  54  1786 |

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14) PAYEE: Stuart E. Woods
PAYEE: State Marshal
ADDRESS: P.O. Box 1893
ADDRESS: Middletown, Ct 06457
CITY:    STATE:    ZIP CODE:

(15) ARE YOU INCORPORATED?  ☐ YES  ☒ NO

(16) ARE YOU A NON-PROFIT ORGANIZATION?  ☐ YES  ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME; DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service of 7 Subpoenas in the matter of Greta Fairbrother vs Dept. of Mental Health & Addiction Services  Service made on Waddell Muhammad, Carol Burgess, Jenna Drysdale, Angela Kerin, Edward Albrecht, Ian Walker, and Lt. Steven Caron all at Whiting Forensic Institute, in Middletown, Ct., on March 3, 2003, March 4, 2003 and March 5, 2003  *[signature]*  Stuart E. Woods State Marshal  Service Copy Endorsement | 7 7 7 | | 30.00 ea 1.00 .40 | 210.00 7.00 2.80 $219.80 |

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND  SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION (30) ACTIVITY (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

(33) AGENCY NAME AND ADDRESS
STATE OF CONNECTICUT
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 120 - 55 ELM STREET
HARTFORD, CT 06141-0120

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE
(35) RECEIVING REPORT NO.    (36) DATE(S) OF RECEIPT(S)

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|

DISTRIBUTION: WHITE - COMPTROLLER    CANARY - AGENCY

| INVOICE - VOUCHER FOR GOODS OR SERVICES RENDERED TO THE STATE OF CONNECTICUT | STATE OF CONNECTICUT OFFICE OF THE STATE COMPTROLLER ACCOUNTS PAYABLE DIVISION |
|---|---|

CO-17 REV. 3/98 (Stock No. 102-01)

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

**00841109**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00841109 | (5) DOCUMENT AMOUNT $ 31.40 |
|---|---|---|---|---|
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE (10) COMM. AGCY. (11) LIQ. (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 040 54 1785 |

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14) PAYEE: STUART E. WOODS
STATE MARSHAL
P.O. BOX 1893
MIDDLETOWN, CT 06457

(15) ARE YOU INCORPORATED? ☐ YES ☒ NO

(16) ARE YOU A NON - PROFIT ORGANIZATION? ☐ YES ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME; DATE, ETC. FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| service of subpoena in the matter of Greta Fairbrother vs Dept. of Mental Health & Addiction Services | | | | |
| service made on Jacques Ouimette in Middletown, Ct., on March 12, 2003 | | | | |
| *Stuart E. Woods State Marshal* | | | | |
| service | 1 | | 30.00 | 30.00 |
| copy | 1 | | 1.00 | 1.00 |
| endorsement | 1 | | .40 | .40 |
| | | | | $31.40 |

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION (30) ACTIVITY (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

(33) AGENCY NAME AND ADDRESS

State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, Ct. 06106

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE

(35) RECEIVING REPORT NO.  (36) DATE(S) OF RECEIPT(S)

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|

DISTRIBUTION: WHITE-COMPTROLLER    CANARY-AGENCY

**Brandon Smith Reporting Service, LLC**                              Invoice

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850        Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, February 11, 2003 | 3045rr |

Joseph A Jordano
Office of the Attorney General
55 Elm Street
4th Floor Conference Room
Hartford, CT 06103



Phone:   (860) 808-5340    Fax:

| | |
|---|---|
| Witness: | Brown, Tammi |
| Case: | Fairbrother vs. Department of Mental Health |
| Venue: | |
| Case #: | cv162(PCD) |
| Date: | 1/22/2003 |
| Start Time: | 12:00 PM |
| End Time: | : 0 |
| Reporter: | Sarah Najemy |
| Claim #: | |
| File #: | 3482ss |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 111 | $438.45 |
| Attorney General-Appearance | 1 | $75.00 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $543.45 |
| Payments | | $0.00 |
| Balance Due | | $543.45 |

*please pay* JJordano 2/4/03

Fed. I.D. # 06-1448649

*We accept American Express, Mastercard and Visa*

# HAMILTON COMMUNICATIONS

P.O. BOX 555, WESTBROOK, CONNECTICUT 06498  (860) 399-4999  FAX (860) 399-6999

January 27, 2003

Joseph A. Jordano, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06106-1774

Case: Fairbrother v State of Connecticut

## INVOICE

For the videotape recording of the following deposition:

Date: January 22, 2003
Location: Hartford, CT
Witness: Tammy Brown

| | |
|---|---:|
| Videography (half day rate) | $400.00 |
| Copy of original videotape | N/C |
| parking | 7.00 |
| shipping | 5.00 |
| Total | $412.00 |

Payable upon receipt please
EIN # 01-0670488



# Falzarano Court Reporters

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/18/2001 | 10846 |

| BILL TO |
|---|
| Joseph A. Jordano, Esq.<br>Office of the Attorney General<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>860.808.5271 |

| IN RE: |
|---|
| GRETA FAIRBROTHER v<br>DMHAS<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|---|---|---|---|---|
| 29 | 10/12/2001 | Scott | E.Albrecht | Joseph Jordano |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Deposition of EDWARD J. ALBRECHT RN<br>AG Regular Rate | 29 | 3.60 | 104.40 |
| AG Appearance Fee | | 30.00 | 30.00 |
| | | 6.00% | 0.00 |

**Total**  $134.40

# Falzarano Court Reporters

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258  FAX 860.658.4341
FEIN 06-0978735

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/22/2001 | 10854 |

**BILL TO**
Joseph A. Jordano, Esq.
Office of the Attorney General
P.O. Box 120
Hartford, CT 06141-0120
860.808.5271

**IN RE:**
GRETA FAIRBROTHER v
DMHAS

US District Court

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|---|---|---|---|---|
| 99 | 10/10/2001 | Scally | Phelps Libera | Joseph Jordano |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Deposition of DAVID PHELPS<br>AG Regular Rate | 49 | 3.60 | 176.40 |
| Deposition of JO-ANNE LIBERA<br>AG Regular Rate | 50 | 3.60 | 180.00 |
| AG Appearance Fee | | 30.00 | 30.00 |
| | | 6.00% | 0.00 |

**Total** $386.40