# INVOICE

## NANCY F. MARINO
CONNECTICUT STATE MARSHAL – HARTFORD COUNTY
P.O. BOX 340578
HARTFORD, CT 06134-0578
PHONE: 860-833-6057
FAX: 860-522-7009

June 6, 2006

Office of the Attorney General
Attn: Leonard S. Auster, Paralegal
55 Elm Street, 5th Floor
Hartford, CT 06141

**RE: <u>Greta Fairbrother vs. Dept. of Mental Health & Addiction Services</u>**

June 6, 2006          Services Rendered          $ 31.80

Subpoena – Steve Caron

FEES:

Pages - 1 x $ 1.00       $ 1.00
Endorsements - 2 x .40    .80
Service - 1 x 30.00      30.00
Travel                   N/C

**Total**                $ 31.80

**PAYMENT DUE UPON RECEIPT**

**Thank You**

*ok - pay [signature] 6/8/06*

# INVOICE

## NANCY F. MARINO
### CONNECTICUT STATE MARSHAL – HARTFORD COUNTY
P.O. BOX 340578
HARTFORD, CT 06134-0578
PHONE: 860-833-6057
FAX: 860-522-7009

June 6, 2006

Office of the Attorney General
Attn: Leonard S. Auster, Paralegal
55 Elm Street, 5th Floor
Hartford, CT 06141

**RE: Greta Fairbrother vs. Dept. of Mental Health & Addiction Services**

June 6, 2006            Services Rendered            $ 31.80

Subpoena – William Boisvert

FEES:

| | |
|---|---|
| Pages - 1 x $ 1.00 | $ 1.00 |
| Endorsements - 2 x .40 | .80 |
| Service - 1 x 30.00 | 30.00 |
| Travel | N/C |

**Total**            $ 31.80

PAYMENT DUE UPON RECEIPT

Thank You

# INVOICE

## NANCY F. MARINO
CONNECTICUT STATE MARSHAL – HARTFORD COUNTY
P.O. BOX 340578
HARTFORD, CT 06134-0578
PHONE: 860-833-6057
FAX: 860-522-7009

June 6, 2006

Office of the Attorney General
Attn: Leonard S. Auster, Paralegal
55 Elm Street, 5th Floor
Hartford, CT 06141

RE: **Greta Fairbrother vs. Dept. of Mental Health & Addiction Services**

June 6, 2006             Services Rendered           **$ 31.80**

Subpoena – Carol Burgess

FEES:

Pages - 1 x $ 1.00        $ 1.00
Endorsements - 2 x .40      .80
Service - 1 x 30.00       30.00
Travel                    N/C

**Total**                 **$ 31.80**

**PAYMENT DUE UPON RECEIPT**

**Thank You**

## INVOICE

### NANCY F. MARINO
**CONNECTICUT STATE MARSHAL – HARTFORD COUNTY**
P.O. BOX 340578
HARTFORD, CT 06134-0578
PHONE: 860-833-6057
FAX: 860-522-7009

June 6, 2006

Office of the Attorney General
Attn: Leonard S. Auster, Paralegal
55 Elm Street, 5th Floor
Hartford, CT 06141

**RE: Greta Fairbrother vs. Dept. of Mental Health & Addiction Services**

June 6, 2006          Services Rendered          $ 31.80

Subpoena – Ronald Jursch

FEES:

| | |
|---|---|
| Pages - 1 x $ 1.00 | $ 1.00 |
| Endorsements - 2 x .40 | .80 |
| Service - 1 x 30.00 | 30.00 |
| Travel | N/C |

**Total**          $ 31.80

**PAYMENT DUE UPON RECEIPT**

**Thank You**

# MEMORANDUM

To: David Crompton, Director
Financial & Support Services
Department of Mental Health and
Addiction Services
410 Capitol Avenue
Hartford, Connecticut

From: Joseph Jordano
Assistant Attorney General
Office of the Attorney General
55 Elm Street, 4th Floor
Hartford, Connecticut

Date: June 16, 2006

Subject: *Greta Fairbrother v. State of Connecticut, Department of Mental Health*

---

    I represent the Department of Mental Health and Addiction Services in the above-captioned case. Attached please find an invoice from State Marshal James F. Mathias in the amount of $200.50 for the service of subpoenas of the following people: Edward Albrecht, Christopher Colavito, Ian Walker, Jacques Ouimette, James Young and Jenna Drysadle Giglio.

    I have approved this bill for payment. Please submit the check directly to State Marshal James Mathias. Thank you.

    If you have any questions, please feel free to contact me at 808-5340.


Attachment

| | | |
|---|---|---|
| **STATE MARSHAL**<br>James F. Mathias<br>**Middlesex County** | 12 Crescent Street<br>East Hampton, CT<br>06424 | Phone:     860 267-0871<br>Cell Phone:   860 881-5556<br><br>CTSTMarshal@aol.com |

June 8, 2006

Joseph A. Jordano
Assistant Attorney General
Department 6, Employment Rights
55 Elm Street
Hartford, CT  06106

*RE:  Greta Fairbrother v. Dept. Of Mental Health & Addiction Services
      Case Number 3:01cv0162(PCD)*

Dear Attorney Jordano:

**SERVICE:** Subpoenas (6) in Middletown CT.

Please contact me if I can be of further service within Middlesex County.


Very truly yours,

*[signature]*

James F. Mathias
State Marshal/Middlesex County

**FEES:**

| | |
|---|---|
| Service | $180.00 |
| Copies | 6.00 |
| Endorsements | 5.60 |
| Travel | 8.90 |
| | $200.50 |

enc.

| STATE MARSHAL SERVICES INVOICE FOR SERVICE OF PROCESS | | | | STATE OF CONNECTICUT JUDICIAL BRANCH ACCOUNTS PAYABLE DIVISION | |
|---|---|---|---|---|---|
| BUSINESS UNIT NAME: JUDM1 | CONTROL GROUP | VOUCHER # | | INVOICE AMOUNT: $35.80 | |
| DOCUMENT DATE | INVOICE DATE | ACCOUNTING DATE | | VENDOR FEIN 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 | |

### MARSHAL INFORMATION

| MARSHAL'S NAME | Patricia M. Kobyluck | | | | MARSHAL'S TELEPHONE NUMBER |
|---|---|---|---|---|---|
| TITLE | State Marshal | | | | 860-859-9950 |
| ADDRESS | P.O. Box 504 | | | | MARSHAL'S FAX NUMBER |
| CITY | Norwich | STATE CT | COUNTRY USA | ZIP CODE 06360 | 860-859-0064 |

### VENDOR BILLING IDENTIFICATION (E.G. SERVICE DATE, CASE NAME)

GRETA FAIRBROTHER vs. STATE OF CONNECTICUT DEPARTMENT OF MENTAL HEALTH & ADDICTION SERVICES

### CASE INFORMATION

| COURT INFORMATION: | COURT TYPE (JD / JUV / HOUSING / GA) | COURT LOCATION |
|---|---|---|
| J.D. of New Haven | at | New Haven |
| COURT ADDRESS: | 141 Church St., New Haven, CT 06510 | |

| DOCKET NUMBER: | 3:01CV0162(PCD) | DATE OF SERVICE: | 06/06/06 |
|---|---|---|---|
| CASE NAME: | Greta Fairbrother | vs. | State of Connecticut Department of Mental Health & Addiction Services |
| NAME OF PERSON(S) SERVED: | Alan Aubin | | |
| NAME/TYPE OF DOCUMENT SERVED: | United States District Court Subpoena | | |

### MILEAGE RECORD

| FROM | TO: (STREET ADDRESS, CITY/TOWN) | TOTAL MILES | RATE | AMOUNT |
|---|---|---|---|---|
| Norwich | 94 Sherwood Ln., Norwich | 9 | $0.445 | 4.00 |
| | | | $0.445 | |
| | | | $0.445 | |
| | | | $0.445 | |
| | | | $0.445 | |
| | | | TOTAL MILEAGE | 4.00 |

### FEES

| DESCRIPTION OF FEE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVICE | 1 | $30.00 | 30.00 |
| 2ND AND SUBSEQUENT SERVICES - DIFFERENT ADDRESS | | $30.00 | |
| 2ND AND SUBSEQUENT SERVICES - SAME ADDRESS | | $10.00 | |
| SERVICE NOTIFICATION TO ATTORNEY GENERAL'S OFFICE | | $10.00 | |
| COPY FEES | 1 | $1.00 | 1.00 |
| ENDORSEMENT FEES | 2 | $0.40 | .80 |
| | | TOTAL FEES | 31.80 |

### INVOICE TOTAL

| | | | | | | | TOTAL MILEAGE + TOTAL FEES | 35.80 |
|---|---|---|---|---|---|---|---|---|
| INVOICE AMOUNT | GL UNIT | FUND | DEPARTMENT | SID | PROGRAM | ACCOUNT | PROJECT/GRANT | BUDGET REFERENCE |
| | STATE | 11000 | | 10020 | 22003 | 51930 | JUD_NONPROJECT | |

### CERTIFICATION

CERTIFY THAT THE SERVICES HAVE BEEN PERFORMED AND THE EXPENSES INCURRED AS STATED WERE NECESSARY AND PROPER, AND THAT THE AMOUNTS CLAIMED ARE THOSE ALLOWED BY STATUTE. | SERVICES RENDERED - SIGNATURE

PATRICIA TYSZKA, LSR, RMR
================COURT REPORTING SERVICES================
189 Old Forge Road
West Hartland, Connecticut 06091
(860)379-7955   pattyszka@cs.com

## INVOICE

**TO:** Joseph Jordano, Esq.
State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

**DATE:** 6/19/2006
**INVOICE #** 5516-A
**TAX ID #:** 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

**RE:** Greta Fairbrother v St. of Ct. Department of Mental Health & Addiction Services

---

**DEPOSITION OF:** Allen Davis Vol 2  6/9/06

| | | | | |
|---|---|---|---|---|
| **APPEARANCE FEE:** | | | | |
| **TRANSCRIPT:** (Expedited Delivery) (1 copy) | No. of Pages: | 82 @ $2.50 | | $205.00 |
| | | | **SUBTOTAL:** | $205.00 |
| **XEROXING:** | | | | |
| **DISKETTE:** | | | | |
| **COMPRESSED FORMAT:** | | | | |
| **E-MAIL:** | | | | |
| | | | **SUBTOTAL:** | $205.00 |
| | | | **SALES TAX:** | $5.00 |
| **POSTAGE/HANDLING:** | | | | |
| | | | **TOTAL:** | $210.00 |

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106

No. 13130
51-57/119 CT
4200

DATE 5-25-06

PAY TO THE ORDER OF: Pamela Morison-Wolf     $ 70.26

Seventy and 26/100 ———— DOLLARS

Bank of America
ACH R/T 011900571

VOID AFTER 60 DAYS

FOR _____

"013130"  :011900571:  0093950555516"

---

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106

No. 13121
51-57/119 CT
4200

DATE 5-25-06

PAY TO THE ORDER OF: Jenna Drysdale Giglio     $ 61.36

Sixty-One and 36/100 ———— DOLLARS

Bank of America
ACH R/T 011900571

VOID AFTER 60 DAYS

FOR _____

"013121"  :011900571:  0093950555516"

---

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106

No. 13123
51-57/119 CT
4200

DATE 5-25-06

PAY TO THE ORDER OF: Jacques Ouimette     $ 92.51

Ninety-Two and 51/100 ———— DOLLARS

Bank of America
ACH R/T 011900571

VOID AFTER 60 DAYS

FOR _____

"013123"  :011900571:  0093950555516"

**Check #13124**
ATTORNEY GENERAL, STATE OF CONNECTICUT
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106
DATE: 5-25-06
PAY TO THE ORDER OF: Christopher Colavito
$ 61.36
Sixty-One and 36/100 DOLLARS
Bank of America
ACH R/T 011900571
VOID AFTER 60 DAYS
FOR ___
⑆013124⑆ ⑉011900571⑉ 0093950555⑉6⑉

**Check #13125**
ATTORNEY GENERAL, STATE OF CONNECTICUT
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106
DATE: 5-25-06
PAY TO THE ORDER OF: William Boisvert
$ 64.92
Sixty-Four and 92/100 DOLLARS
Bank of America
ACH R/T 011900571
VOID AFTER 60 DAYS
FOR ___
⑆013125⑆ ⑉011900571⑉ 0093950555⑉6⑉

**Check #13126**
ATTORNEY GENERAL, STATE OF CONNECTICUT
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106
DATE: 5-25-06
PAY TO THE ORDER OF: Ian Walker
$ 54.24
Fifty-Four and 24/100 DOLLARS
Bank of America
ACH R/T 011900571
VOID AFTER 60 DAYS
FOR ___
⑆013126⑆ ⑉011900571⑉ 0093950555⑉6⑉

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106

No. 13127
DATE 5-25-06

PAY TO THE ORDER OF: James Young     $78.27
Seventy-Eight and 27/100 DOLLARS

Bank of America
ACH R/T 011900571
VOID AFTER 60 DAYS
FOR _____

⑆013127⑆ ⑈011900571⑈ 00939505516⑆

---

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106

No. 13128
DATE 5-25-06

PAY TO THE ORDER OF: Carol Burgess     $85.39
Eighty-Five and 39/100 DOLLARS

Bank of America
ACH R/T 011900571
VOID AFTER 60 DAYS
FOR _____

⑆013128⑆ ⑈011900571⑈ 00939505516⑆

---

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106

No. 13129
DATE 5-25-06

PAY TO THE ORDER OF: Ronald Jursch     $70.26
Seventy and 26/100 DOLLARS

Bank of America
ACH R/T 011900571
VOID AFTER 60 DAYS
FOR _____

⑆013129⑆ ⑈011900571⑈ 00939505516⑆

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106

13119

DATE 5-25-06

PAY TO THE ORDER OF Allen Aubin    $ 89.84

Eighty-Nine and 84/100 DOLLARS

Bank of America
ACH R/T 011900571

VOID AFTER 60 DAYS

FOR _____

⑈013119⑈ ⑆011900571⑆ 0093950555516⑈

---

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST. PH. 860-808-5015
HARTFORD, CT 06106

13120

DATE 5-25-06

PAY TO THE ORDER OF Steven Caron    $ 78.87

Seventy-Eight and 87/100 DOLLARS

Bank of America
ACH R/T 011900571

VOID AFTER 60 DAYS

FOR _____

⑈013120⑈ ⑆011900571⑆ 0093950555516⑈