UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRETA FAIRBROTHER | : | CIVIL NO. 3:01CV0162(EBB) |
|     Plaintiff | : | |
| ` | : | |
| vs. | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF MENTAL HEALTH | : | |
| AND ADDICTION SERVICES | : | |
|     Defendant | : | JULY 27, 2006 |

OPPOSITION TO DEFENDANT'S MOTION FOR COSTS

The plaintiff, Greta Fairbrother, opposes defendant's motion for costs as follows:

1. Deposition of Greta Fairbrother in the amount of $59.88.  Plaintiff is not required to pay for portions that defendant ordered expedited, for the AG appearance fee, or copying fee

2. Deposition of Allen Davis in the amount of $450.00.  This fee is excessive, including the AG appearance fee of $75.00.  Defendant made a decision in incur an expedited fee of $7.50 because a witness it had intended to call made a last minute decision not to appear.  This is not plaintiff's burden.

3. Fees for videotaping of deposition for Allen Davis in the amount of $475.00 and for Tammy Brown, $400.00.  As a threshold matter these costs should be disallowed because the "mere convenience to defendants' counsel in having a videotape is an insufficient basis upon which to award costs."  See Tanzini v. Marine Midland Bank, 978 F.Supp. 70, 84 (N.D.N.Y. 1997).  In addition, these videotapes were

not used at the most recent trial and therefore not a properly taxed item.

4. Service of Subpoenas for the first trial totaling $251.20. Only five of the listed witnesses testified in this case for a total of $150.00.

5. Fee of Court Reporter for deposition of Tammy Brown in the amount of $491.20. The fee charged of $3.95 is excessive nor should plaintiff be required to pay the $75.00 AG appearance fee or for defendant's request for a "multipage condensed" as this is for mere convenience.

6. Fees of the Court Reporter for deposition of Eddie Albrecht in the amount of $134.40. This witness was never called at the first or second trial nor was the transcript ever used. Obtaining this deposition transcript was merely for the convenience of counsel.

7. Fees of the Court Reporter for deposition of David Phelps in the amount of $176.40. This witness was never called at the first or second trial nor was the transcript ever used. Obtaining this deposition transcript was merely for the convenience of counsel.e

8. Witness fees in the amount of $806.68. Defendant did not provide any bills to support this claim nor any evidence that the checks were cashed. Moreover the fees are excessive.

WHEREFORE, plaintiff requests that defendant's motion for costs in the amount of $4,866.01 be denied.

                PLAINTIFF,

                BY_____
                    Michelle Holmes
                    Federal Bar Number: ct20014
                    Law Office of Michelle N. Holmes
                    67 Holmes Avenue
                    Waterbury, CT  06702
                    Her Attorney
                    mholmes@mholmeslaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, and sent via electronic filing, this 27th day of July, 2006, to the following counsel of record:

Joseph Jordano
Assistant Attorney General
55 Elm Street
PO Box 120
Hartford, CT  06141-0120

                                               _____
                                               Michelle Holmes